# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN MILTON,

        Plaintiff,

    v.

CLINTON COUNTY
CORRECTIONAL FACILITY, *et al.*,

        Defendants.

No. 4:21-CV-01479

(Chief Judge Brann)

## ORDER

**AND NOW**, this 19th day of July 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The motion (Doc. 31) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) by defendants Hoover, Ross, Ruch, and Rausch is **GRANTED** to the extent that all federal and state-law claims against these Defendants are **DISMISSED** without prejudice.

2. The motion (Doc. 74) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) by defendant Munro is **GRANTED** to the extent that all federal and state-law claims against Munro are **DISMISSED** without prejudice.

3. The motion (Doc. 69) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) by defendants Houdeshell and Angle is **GRANTED** in part and **DENIED** in part, as follows:

    a. Defendants' motion is **GRANTED** as to Milton's Fourteenth Amendment claims of failure to protect and inadequate medical care, as well as Milton's state-law claim of civil conspiracy. Said claims against Houdeshell and Angle are **DISMISSED** without prejudice.

b.     Defendants' motion is **DENIED** as to Milton's Fourteenth Amendment claim of unconstitutional conditions of confinement and First Amendment claim of retaliation.

4.     Milton's federal and state-law claims against defendant Laniar are **DISMISSED** without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

5.     Milton's motion to amend (Doc. 84) is **GRANTED** only to the extent that Milton may, if desired, file a second amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order, or on or before **August 9, 2022**.

6.     If no second amended complaint is timely filed, this case will proceed on the following Section 1983 claims: Fourteenth Amendment conditions of confinement and First Amendment retaliation against defendants Houdeshell and Angle only.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge