IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN MILTON, | No. 4:21-CV-01479 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ANGELA HOOVER, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 5th day of December 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants Gary Angle's and David Houdeshell's motion (Doc. 118) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of defendants Angle and Houdeshell and against plaintiff Kevin Milton as to all Section 1983 claims.

3. The Clerk of Court is further directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge